```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :     20Cr0388(DLC)
                                      :
              -v-                     :        ORDER
                                      :
VLADIMIR REYES and PEDRO REYNOSO,     :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: \_\_\_\_\_
DATE FILED: 8/6/2020

DENISE COTE, District Judge:

On August 6, 2020, this Court held a telephone conference with Government counsel and counsel for defendants Vladimir Reyes and Pedro Reynoso. As set forth on the record, it is hereby

ORDERED that the Magistrate Judge's August 5, 2020 orders releasing defendants Vladimir Reyes and Pedro Reynoso on bail are STAYED.

Dated:    New York, New York
          August 6, 2020

                                   _____
                                           DENISE COTE
                                   United States District Judge