```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   20Cr0388-03(DLC)
                                         :
             -v-                         :   ORDER
                                         :
VLADIMIR REYES,                          :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2020

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the Government shall promptly advise the facility in which the defendant Vladimir Reyes is incarcerated that he must be provided with medical attention for asthma.

Dated:   New York, New York
         August 6, 2020

                                   _____
                                              DENISE COTE
                                   United States District Judge