UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :        20cr388 (DLC)
                                       :
          -v-                          :        ORDER
                                       :
VLADIMIR REYES,                        :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8|6|2020

DENISE COTE, District Judge:

The Court having stayed defendant Vladimir Reyes's release on bail, it is hereby

ORDERED that a bail review is scheduled for Monday, **August 10, 2020**, at **2:30 p.m.** in which counsel for the defendant and the Government shall participate.  The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:      888-363-4749
    Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the Government shall attempt to arrange for the defendant's participation in the telephone conference if the institution in which he is incarcerated

permits such participation.


Dated:     New York, New York
           August 6, 2020

_____
            DENISE COTE
    United States District Judge

2