UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :     20cr0388-03 (DLC)
                                          :
                -v-                       :     ORDER
                                          :
VLADIMIR REYES,                           :
                                          :
                    Defendant.            :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

Defendant Vladimir Reyes, who is in custody, is represented by appointed counsel Daniel Parker, Esq. On August 21, 2020, Jesse Hoberman-Kelly, Esq. filed a notice of appearance on behalf of the defendant. It is hereby

ORDERED that a telephone conference is scheduled for today, August 25 at 3 p.m. The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:        888-363-4749
    Access code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         August 25, 2020

                                        _____
                                             DENISE COTE
                                        United States District Judge