UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA,               :        20cr0388-03 (DLC)
                                        :
            -v-                         :              ORDER
                                        :
VLADIMIR REYES,                         :    ┌─────────────────────────────┐
                                        :    │ USDC SDNY                   │
                       Defendant.       :    │ DOCUMENT                    │
                                        :    │ ELECTRONICALLY FILED        │
--------------------------------------- X    │ DOC #:_____                │
                                             │ DATE FILED: 8 26 2020       │
                                             └─────────────────────────────┘
DENISE COTE, District Judge:

        As set forth at the telephone conference held on August 25,

2020, it is hereby

        ORDERED that appointed counsel Daniel Parker is relieved as

counsel for the defendant and the appearance by retained counsel

Jesse Hoberman-Kelly is accepted.

        IT IS FURTHER ORDERED that the Clerk of Court shall

terminate Mr. Parker's appearance.


Dated:     New York, New York
           August 26, 2020


                              _____
                                    DENISE COTE
                              United States District Judge