```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    20cr0388-03 (DLC)
                                      :
              -v-                     :         ORDER
                                      :
VLADIMIR REYES,                       :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On August 25, 2020, this Court issued an Order scheduling the defendant's videoconferencing bail application for September 11, 2020 at 1 p.m. The Court has since been informed that due to a conflict with another proceeding, the time must be moved. Accordingly, it is hereby

ORDERED that the bail hearing shall occur on September 11, 2020 at **4:00 p.m.** using the CourtCall platform. Defense counsel is reminded that he will be given an opportunity to speak with the defendant by telephone for fifteen minutes before the proceeding begins (i.e., at 3:45 p.m.).

Dated:   New York, New York
         September 1, 2020

                                    _____
                                             DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2020