```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        20cr388 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
VLADIMIR REYES,                          :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 14, counsel for Valdimir Reyes made his third application for bail. His criminal trial is scheduled to begin on February 24, 2021. For the reasons explained in the Government's January 19 opposition to this application, which are incorporated by reference, and for the reasons set forth below, the application is denied. Reyes' January 26 request for a hearing is also denied.

Reyes was arrested on August 5, 2020. On August 20 and again on September 11, the Court denied Reyes' applications to be released on bail. Reyes has offered no new information that requires the Court to revisit those rulings.

Reyes is detained in the Essex County Correctional Facility. The facility permits window visits, videoconferencing and confidential telephone calls with counsel. Defense counsel does not appear to have taken advantage to date of either the window visits or the videoconferencing facilities. To the

extent defense counsel requires assistance in obtaining access to his client, he shall promptly seek assistance from the Assistant United States Attorney.  If that assistance proves inadequate, he should promptly contact the Court.

Dated:    New York, New York
          January 27, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge