```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr388 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
VLADIMIR REYES,                          :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having reviewed the defendant's renewed applications for bail of January 28 and January 29, 2021 and the Government's response of January 28, it is hereby

ORDERED that the request for bail is again denied.

Dated:    New York, New York
          January 29, 2021

                                        _____
                                             DENISE COTE
                                        United States District Judge