```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        20cr388-3(DLC)
                                         :
            -v-                          :        ORDER
                                         :
VLADIMIR REYES,                          :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A plea is scheduled to occur on **February 17, 2021** at **9:00 a.m.**  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **2:00 p.m.** on **February 16, 2021**:

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         **February 16, 2021**

                                    _____
                                         DENISE COTE
                                    United States District Judge