UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :        20cr388-3(DLC)
                                      :
            -v-                       :        ORDER
                                      :
VLADIMIR REYES,                       :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that a conference in this case is

scheduled for December 12, 2025 at 2:30 PM in Courtroom 18B, 500

Pearl Street.

Dated:     New York, New York
           December 8, 2025


                              _____
                                      DENISE COTE
                              United States District Judge